[No. 22556–1–I. Division One. February 5, 1990.]

MARY T. WHATLEY, *Appellant,* v. THE LAW FIRM OF MCGAVICK, GRAVES, BEALE & MCNERTHNEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–24870–6, Susan R. Agid, J., entered May

13, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, C.J., and Ringold, J. Pro Tem.